[No. 29174-0-III.  Division Three.  July 12, 2011.]

ALLAN SNODGRASS ET AL., *Respondents*, v. ROGER JOLICOEUR ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-3-02310-5, Gregory D. Sypolt, J., entered May 26, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 28815-3-III.  Division Three.  July 14, 2011.]

THE CITY OF SPOKANE, *Respondent*, v. JOE TAYLOR, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01452-4, Michael P. Price, J., entered December 18, 2009. *Affirmed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29058-1-III.  Division Three.  July 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN JAMES McLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00170-4, Robert G. Swisher, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

[No. 29092-1-III.  Division Three.  July 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA THOMAS BODEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-04058-6, Annette S. Plese, J., entered May 7, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.